IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES STANTON VAUGHN ) | |
| ) | |
| v. ) | No. 2:10-0024 |
| ) | Judge Nixon/Bryant |
| SOCIAL SECURITY ADMINISTRATION ) | |

## O R D E R

On July 14, 2010, defendant filed a motion for entry of judgment with remand of this case for further administrative proceedings (Docket Entry No. 17), acknowledging that its decision denying plaintiff's claim to benefits contains reversible error. Defendant states in its supporting memorandum that plaintiff's counsel consented to the motion. (Docket Entry No. 17-1 at 2) There being no need for a report and recommendation on this agreed motion to reverse and remand, this case will be transmitted to Senior Judge Nixon for disposition.

So **ORDERED**.

      s/ John S. Bryant
      JOHN S. BRYANT
      UNITED STATES MAGISTRATE JUDGE