IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JAMES STANTON VAUGHN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | 2:10-0024 |
| ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

Pending before the Court are Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), With Remand to Defendant (Doc. No. 17) and accompanying memorandum in support (Doc. No. 17-1) and Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15). Defendant states in its supporting memorandum that "[r]emand is appropriate in this case for Defendant to further consider Plaintiff's impairments and residual functional capacity" and then redetermine Plaintiff's eligibility for disability benefits. (Doc. No. 17-1 at 1.) Additionally, Defendant indicates that Plaintiff's counsel consented to its Motion. (Id. at 2.) Defendant has made no opposition to Plaintiff's Motion.

Upon review of the matter, the Court **REVERSES** and **REMANDS** the cause to the Commissioner for proceedings consistent with those outlined in the Defendant's memorandum in support of remand. Plaintiff's and Defendant's Motions are hereby **GRANTED**. This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this the 8th day of September, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT